UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 3:11-CR-02064-JFA |
| | ) | |
| v. | ) | ORDER RELEASING CASH PROCEEDS |
| | ) | DEPOSITED FOR BOND OF DEFENDANT |
| WILLIAM JACOBY HOLLOWAY | ) | |
| a/k/a "Coby" | ) | |
| _____ | ) | |

This matter comes before me on motion of William Jacoby Holloway for the release of the $5,000.00 deposit which was made with the Clerk of this Court in order to execute Mr. Holloway's bond.

Based upon that motion, and the records on file with this Court, I find and conclude that the Defendant, William Jacoby Holloway, has reported to his designated facility, and, therefore, it is proper to release the cash deposited for his bond.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the $5,000.00 cash deposit made with the Clerk of this Court be and hereby is released and the bond canceled.

In regard to the release, Mr. Holloway, in his motion, requested that the proceeds of the $5,000.00 be disbursed as follows:

    A.    To Louis Lee Holloway, 521 Lawrence Circle, Batesburg, South Carolina, 29006

At the request of the Defendant, the Clerk is directed to disburse the proceeds in accordance with the foregoing, and to forward the check to Louis Lee Holloway, at the address listed above and on the receipt which was submitted with the motion.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

January 10, 2013                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge